In The United States District Court
Middle District
Nashville

RECEIVED
IN CLERK'S OFFICE
JUN 12 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

Chester L. Wallace )
  Plaintiff )
)  Case # 1:13-0156
V. )
)  JURY DEMAND
Carolyn Jordan, et al )
  Defendants )

Motion Seeking
A Preliminary Injunction

[Handwritten annotation: "This motion is DENIED for lack of proof of an atypical placement necessary to trigger due process requirements. Sandin v. Conner 515 U.S. 472, 486-87 (1995) [signature] USDJ 6-16-14"]

Comes now the plaintiff, without counsel, pursuant under to rules 65 of the Fed. R. Civ. P. and LR 7.01 of this Court, who does hereby - in the interest of justice move this Honorable Court for an Order Enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, from the following acts or omissions: An order is sought against Warden David Sexton, enjoining him to release the plaintiff from Maximum Security and to return him (plaintiff) to Medium Custody due to a gross lack of security