IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| CHESTER L. WALLACE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No. 1:13-00156 |
| | ) | Judge Haynes |
| v. | ) | |
| | ) | |
| CAROLYN JORDAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, this action is **DISMISSED** for failure to state a claim for relief.

This is the Final Order in this action. Any appeal of the Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

It is so **ORDERED**.

ENTERED this the 27th day of October, 2014.

WILLIAM J. HAYNES, JR.
United States District Judge

4